**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:08cr00264-001** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE: JAMES S. GWIN** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **LAVELLE C. TUCKER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter was heard on August 17, 2012, upon the request of the United States Pretrial and Probation Office for a finding that defendant has violated the conditions of his supervised release. The defendant was present and represented by Attorney Darin Thompson.

The original violation report was referred to Magistrate Judge Nancy A. Vecchiarelli who issued a Report and Recommendation on July 31, 2012. No objections were filed by either plaintiff or defendant.

The Court adopted the Report and Recommendation and found that the following terms of supervision had been violated:

        1) new criminal law violation;

        2) unauthorized use of a controlled substance;

        3) criminal association.

The Court found defendant's Criminal History Category to be IV, the violations to be Grade C and committed defendant to the Bureau of Prisons for a term of 6 months with credit for

time served in federal custody on the instant violations. Defendant was NOT granted credit for time served in state custody. Upon release from incarceration defendant's period of supervision shall terminate.

The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.


Dated: August 17, 2012                     *s/    James S. Gwin*
                                           JAMES S. GWIN
                                           UNITED STATES DISTRICT JUDGE